**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alfredo GOMEZ–MARTINEZ,**
**Defendant–Appellant.**

**No. 15-10288**

United States Court of Appeals,
Ninth Circuit.

Submitted July 26, 2016 *

FILED August 03, 2016

Christina Marie Cabanillas, Assistant U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee

Alfredo Gomez–Martinez, FCI—Federal Correctional Institution—Victorville, Adelanto, CA, for Defendant–Appellant

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Alfredo Gomez–Martinez appeals from the district court's judgment and challenges his guilty-plea conviction and 57–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gomez–Martinez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Gomez–Martinez has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.** All other pending motions are denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).